UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            Case No. 2:18-cr-29-02
                                            HON. JANET T. NEFF

KRISTEN NICOLE MERCIER,

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on August 1, 2018, for an arraignment and initial appearance on the indictment charging defendant with distribution and possession of meth. The government has filed a motion for detention. Defendant was advised that he may request a hearing at any time.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                         */s/ Timothy P. Greeley*
                                                         TIMOTHY P. GREELEY
                                                         UNITED STATES MAGISTRATE JUDGE

Dated: August 2, 2018