UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 2:18-cr-29-02
    HON. JANET T. NEFF

KRISTEN NICOLE MERCIER,

    Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on November 7, 2018 for hearing on plea agreement and appearance after arrest on a warrant for bond violation.

Defendant was arrested on October 25, 2018 on a warrant for failure to comply with the conditions of the September 24, 2018 bond and order setting conditions of release.

Defendant entered a guilty plea to Count 1 of the indictment charging her with Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine in violation of 21:846, 21:841(a)(1), 21:841(b)(1)(B)(viii).

For reasons stated on the record, defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

                                              */s/ Timothy P. Greeley*
                                         TIMOTHY P. GREELEY
                                         UNITED STATES MAGISTRATE JUDGE

Dated: November 8, 2018